UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KENNETH GIBBS,

        Plaintiff,

  v.

CARSON, et al,

        Defendant.

Case Number: CV13-02114 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Gibbs #:E-38282  
Pelican Bay State Prison  
P.O. Box 7500, Cell #:A2-108  
Crescent City, CA 95532-7000

Dated: August 21, 2013

Richard W. Wieking, Clerk  
By: Tana Ingle, Deputy Clerk